*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*ST. JOSEPH DIVISION*

| | |
|---|---|
| **RAY ALLEN SMITH,** ) | |
| ) | |
| ) | |
| **vs.** ) | **Case No. 12-6016-CR-SJ-DPR-SSA** |
| ) | |
| ) | |
| **CAROLYN W. COLVIN,** ) | |

### JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ Decision by Court. This action came to a determination before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED that the decision of the Commissioner of Social Security is REVERSED AND REMANDED for additional evaluation.**

September 23, 2013                                       ANN THOMPSON, CLERK

Entered on: September 23, 2013              /s/ Kerry Schroeppel
                                                                           (By) Deputy Clerk